### CHARLES OPPENHEIMER v. CITY OF MIAMI

34 So. (2nd) 572                                    January Term, 1948
March 19, 1948                                      Division A.

Affirmed.

---

### FRANK O. PRUITT v. IVY T. BLOUNT, as Trustee, and DEAUVILLE CORPORATION, a Delaware Corporation.

35 So. (2nd) 15                                     January Term, 1947
March 19, 1948                                      Special Division B.
Rehearing denied April 23, 1948

Affirmed.

---

### THORVALD HANSON v. VIOLA MOONEY, unmarried

34 So. (2nd) 572                                    January Term, 1948
March 19, 1948                                      Special Division B.

Affirmed.

---

### RUSSELL JOHNSON and AUDREY GRIGSBY alias AUDREY JOHNSON v. STATE OF FLORIDA.

34 So. (2nd) 572                                    January Term, 1948
March 23, 1948                                      Division A

Affirmed.

---

### HUDGINS FISH CO., INC., a Florida Corporation v. VERNON THOMPSON, SR., and HUDGINS FISH CO., INC., a Florida Corporation, v. VERNON THOMPSON, JR., an infant, by VERNON THOMPSON, SR., as his father and next friend.

34 So. (2nd) 572                                    January Term, 1948
March 23, 1948                                      Division A

Affirmed.

---

### W. J. VON BEHREN, individually, CLARENCE J. OHMER, individually, and W. J. VON BEHREN and CLARENCE J. OHMER as THE REMAINING SHAREHOLDERS OF ALL THE ASSETS OF SUBURBAN DEVELOPERS, a dissolved Florida corporation, v. GILBERT A. BELL, individually, and as EXECUTOR of the Estate of Alida Bell, deceased.

34 So. (2nd) 572                                    January Term, 1948
March 23, 1948                                      Division A

Affirmed.